# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**　　　　　　　　　Date:　June 25, 2025

Deputy Clerk:　　Shea Smith

Court Reporter:　Laurie Engemann

**Title of Case:**　　　　　　　　　　　　　　　Docket # **CR. 25-388 JKS**

*United States v. LaMonica McIvers*

**Appearances:**
Mark McCarren, Esq. AUSA for the United States of America
Paul Fishman, Esq. and Lee Cortes, Jr., Esq., Attorney for the Defendant

**Nature of Proceedings:**　　*Arraignment*
Defendant present.
Defendant advised of the charges in the Indictment.
Defendant waives reading of the Indictment and pled **NOT GUILTY** to Counts 1, 2, and 3 in the Indictment.
Ordered that an in-person status conference is scheduled for August 8, 2025, at 11:00 a.m.
Ordered that trial is set for November 10, 2025, at 10:00 a.m.
Scheduling order to be signed and filed.
Bail conditions continued.
Continuance order to be submitted.

Time Commenced: 11:20 a.m.
Time Adjourned: 11:25 a.m.
Total Time: 5 minutes

　　　　　　　　　　　　　　　　　　　　　　　*Shea M. Smith*
　　　　　　　　　　　　　　　　　　　　Shea Smith, Courtroom Deputy