TO: The Honorable Melissa E. Rhoads, Clerk of Court

    United States District Court for the New Jersey District

    Martin Luther King Building & U.S. Courthouse

    50 Walnut Street, Newark, NJ 07102

FROM: Patrick L. Booker, U.S. Advocate of Justice

    103 Rock Knoll Drive

    Greenwood, S.C. 29649

                                    DATE: June 23, 2025

    RE: ***United States of America v. LaMonica McIver***

        ***Mag. No. 25-mj-15118***

Dear Clerk:

  Enclosed for filing, please find and original and one (1) copy of my Motion to Intervene along with proof of service, regarding the above-referenced matter.

  Please return the clocked-filed copy in the S.A.S.E. provided for your convenience.

                                    Respectfully submitted,

W/enclosures

CC: My File;

    Paul J. Fishman, Esq., Lee Cortes, Esq.,

    U.S. Attorney's Office.

# UNITED STATES DISTRICT COURT
## District of New Jersey

---

United States of America,

Plaintiff,

v.

LaMonica McIver,

Defendant.

---

**Hon. Stacey D. Admam**

**Mag. No: 25-mj-15118**

---

## MOTION TO INTERVENE

---

**NOW COMES** Patrick L. Booker, acting in his sovereign capacity as President of the New United States of America and in his representative capacity as next-of-friend to every American citizen of the old United States of America, pursuant to the inherent jurisdiction of this Court to permit intervention in matters of exceptional constitutional significance,

1

and respectfully moves to intervene in the above-captioned criminal proceeding against sitting U.S. Representative LaMonica McIver.

This Motion is filed on the following grounds:

## I. NATURE OF THE INTERVENTION

The Movant seeks to intervene to challenge the constitutionality of the federal statute under which Representative McIver is charged. Said statute is unconstitutional both on its face and as applied, as it derives from and is enforced pursuant to a constitution that is itself invalid.

The Constitution of the United States, as currently administered under the executive leadership of President Donald J. Trump, is inherently unlawful, having been established through invidious discrimination based on race, sex, and class. It continues to function as the foundation of federal statutory and prosecutorial authority, despite its origins in exclusion and oppression.

Because the indictment of a sitting Black female member of Congress— one who represents a community historically disenfranchised by the Constitution itself—arises from this unlawful constitutional foundation,

2

any prosecution conducted under its auspices violates fundamental principles of due process, fairness, and equity.

## II. PURPOSE OF INTERVENTION

This Motion seeks to hold the instant criminal proceedings in abeyance pending national review and redress of the constitutional questions presented herein. Specifically, the Movant urges this Honorable Court to:

a. Acknowledge that the Constitution of the United States, as currently enforced, was created out of systemic race-based, sex-based, and class-based discrimination, rendering it a structurally flawed and oppressive legal document;

b. Permit Representative McIver and other leaders of the United States Congress to call forth a Constitutional Convention to establish a New Constitution for a New United States of America that reflects modern values of unity and dignity through diversity, equity, and inclusion; and

c. Suspend this criminal action as a necessary step toward affirming a more legitimate and humane social contract for the American people.

**WHEREFORE**, Patrick L. Booker respectfully requests that this Honorable Court:

Grant his Motion to Intervene in the criminal proceedings against Representative LaMonica McIver;

Hold the proceedings in abeyance pending a congressional constitutional convention;

Permit the Movant to submit further briefing and amicus support; and

Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Patrick L. Booker*

Patrick L. Booker

*President, New United States of America*

*Next-of-Friend to the American People*

**THE BLACK HOUSE**

103 ROCK KNOLL DRIVE

Greenwood, South Carolina, 29649

+1 864-526-8981

patrickbooker85@gmail.com

---

cannot render impartial justice. If ever there were a moment to realign our national compass toward justice, this is it.

5

# UNITED STATES DISTRICT COURT

## District of New Jersey

---

United States of America,

Plaintiff,

v.

LaMonica McIver,

Defendant.

---

**Hon. Stacey D. Admam**

**Mag. No: 25-mj-15118**

---

## CERTIFICATE OF SERVICE

---

This is to certify that I, Patrick L. Booker, did serve this date a copy of the Motion to Intervene upon the parties to this action by depositing a copy of the Motion to Intervene in the U.S. Mail, postage prepaid, addressed to counsel of record:

U.S. Attorney's Office; Paul J. Fishman, Esq., and Lee Cortes, Esq.

June 23, 2025                                        /s/ _Patrick L. Booker_____

6

Patrick L. Booker
103 Rock Knoll Drive
Greenwood, S.C. 29649



Clerk of Court
U.S. District Court
50 Walnut Street
Newark, NJ 07102



Patrick L. Booker
103 Rock Knoll Drive
Greenwood, S.C. 29649