**EXHIBIT L**

# Arnold & Porter

**Lee Cortes**
+1 212.836.7553 Direct
Lee.Cortes@arnoldporter.com

August 6, 2025

Mark McCarren
Assistant U.S. Attorney
U.S. Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

Re: *United States v. LaMonica McIver*, Crim. No. 25-388

Dear Mr. McCarren:

The various counts in the Indictment allege particular acts by Congresswoman LaMonica McIver. Now that you have provided certain video recordings of the events, including Body Worn Camera footage that contains time stamps noting the hour, minute, and second at which the recordings occurred, please tell us the precise time at which each of the charged acts took place. That information will permit us to identify the actual actions that underlie the three counts. In addition, for each such event, please advise which of the verbs in section 111(a)(1) the grand jury has charged.

Because our pretrial motions are due on August 15, 2025, we would appreciate your response as soon as possible, so that we can determine whether to seek relief from the Court. Thank you.

Best regards,

Lee Cortes

cc: Paul J. Fishman
Amanda J. Raines