## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

*v.*

LaMONICA McIVER

Hon. Jamel K. Semper

Crim. No. 2:25-cr-00388-JKS

### [PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S MOTION TO DISMISS BASED ON LEGISLATIVE IMMUNITY

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order dismissing the Indictment against her;

IT IS on this _____ day of _____, 2025,

ORDERED that Congresswoman LaMonica McIver's motion to dismiss is hereby GRANTED in its entirety; and it is further

ORDERED that the Indictment is dismissed.

_____
Honorable Jamel K. Semper
United States District Judge