UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | Crim. No. 2:25-cr-00388-JKS |
| LaMONICA McIVER | |

NOTICE OF MOTION TO DISMISS BASED ON SELECTIVE ENFORCEMENT AND PROSECUTION, AND VINDICTIVE PROSECUTION

**PLEASE TAKE NOTICE** that, pursuant to the motion schedule set by the Court, Congresswoman LaMonica McIver, by and through her counsel, Arnold & Porter Kaye Scholer LLP, shall move before the Honorable Jamel K. Semper, United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an order dismissing the Indictment against Congresswoman McIver based on selective enforcement and prosecution and vindictive prosecution.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Congresswoman McIver shall rely upon the accompanying Memorandum of Law, filed with this Motion.

1

US 254629860v1

Dated: August 15, 2025

        ARNOLD & PORTER KAYE SCHOLER LLP

By: _/s/ Lee M. Cortes, Jr._
    Lee M. Cortes, Jr.
    Paul J. Fishman
    One Gateway Center | Suite 1025
    Newark, NJ 07102
    Telephone: 973-776-1901
    Lee.Cortes@arnoldporter.com
    Paul.Fishman@arnoldporter.com

Counsel for Congresswoman LaMonica McIver