**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | Crim. No. 2:25-cr-00388-JKS |
| LaMONICA McIVER | |

**[PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S MOTION TO DISMISS**

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order dismissing the Indictment against her on the basis of selective enforcement and prosecution and vindictive prosecution;

IT IS on this _____ day of _____, 2025,

ORDERED that Congresswoman LaMonica McIver's motion to dismiss is hereby GRANTED; and it is further

ORDERED that the Indictment is dismissed.

_____
Honorable Jamel K. Semper
United States District Judge