**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | |
| LaMONICA McIVER | Crim. No. 2:25-cr-00388-JKS |

**[PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S MOTION TO RESTRAIN EXTRAJUDICIAL STATEMENTS**

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order to restrain the government's extrajudicial statements; and the Court having considered the submissions of the parties and arguments of counsel, and for good cause shown;

IT IS on this _____ day of _____, 2025,

ORDERED that Congresswoman LaMonica McIver's motion is hereby GRANTED in all respects; and it is further

ORDERED that the government shall:

(1) remove all prejudicial posts from public view, and certify that they have done so;

(2) refrain from all similar conduct related to this matter;

(3) abide by all applicable rules and regulations, including those of this Court; and

(4) provide Congresswoman McIver with every public statement that DHS or any federal employee has made about this matter, regardless whether those statements appeared on official government websites or on other platforms or apps, including, but not limited to, X, Facebook, Instagram, or Truth Social.

_____
Honorable Jamel K. Semper
United States District Judge