## **CERTIFICATE OF SERVICE**

      I hereby certify that true and accurate copies of the foregoing document were sent by ECF service to counsel of record to all parties in this matter on August 15, 2025.

_____
Lee M. Cortes

1