UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS |

NOTICE OF MOTION
TO COMPEL DISCOVERY

**PLEASE TAKE NOTICE** that, pursuant to the motion schedule set by the Court, Congresswoman LaMonica McIver, by and through her counsel, Arnold & Porter Kaye Scholer LLP, shall move before the Honorable Jamel K. Semper, United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an order that compels the government to produce outstanding discovery in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Congresswoman McIver shall rely upon the accompanying Memorandum of Law, as well as the Declaration of Lee M. Cortes, Jr., filed with this Motion.

1

Dated: August 15, 2025

        ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
    Lee M. Cortes, Jr.
    Paul J. Fishman
    One Gateway Center | Suite 1025
    Newark, NJ 07102
    Telephone: 973-776-1901
    Lee.Cortes@arnoldporter.com
    Paul.Fishman@arnoldporter.com

Counsel for Congresswoman LaMonica McIver