# **EXHIBIT B**



U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

| | | |
|---|---|---|
| *Mark J. McCarren* | *970 Broad Street, Suite 700* | *973-645-2700* |
| *Assistant United States Attorney* | *Newark, New Jersey 07102* | *mark.mccarren@usdoj.gov* |

September 9, 2025

**BY EMAIL**
Paul J. Fishman, Esq.
Lee M. Cortes, Jr., Esq.
Arnold & Porter
One Gateway Center
Suite 1025
Newark, New Jersey  07102-5322

       Re:    <u>United States v. LaMonica McIver</u>, Crim. No. 25-00388

Dear Mr. Fishman & Mr. Cortes:

       The Government has reviewed your letter of September 3, 2025 detailing the specific discovery requests sought in conjunction with your client's motion to dismiss based on selective prosecution and enforcement, and vindictive prosecution.  As we discussed during our Zoom call yesterday, we believe that the discovery sought in your September 3rd letter is not covered by Rule 16.  Discovery in support of selective prosecution and selective enforcement claims is not provided as a matter of right, and we do not believe your client has satisfied the applicable threshold evidentiary showings required by *Amstrong/Bass* and *Washington* to compel discovery. We therefore believe that Judge Semper should first rule on your client's motion for discovery, which we will oppose, and we will revisit the discovery demands outlined in your letter should the Court grant her request.

       Sincerely,

       TODD BLANCHE
       U.S. Deputy Attorney General

       ALINA HABBA
       Acting United States Attorney
       Special Attorney

       <u>s/Mark J. McCarren</u>
By:   Mark J. McCarren
       Benjamin D. Bleiberg
       Assistant United States Attorneys