# CORTES EXHIBIT N

| | |
|---|---|
| Document title: | Homeland Security on X: "Today, as a bus of detainees was entering the security gate of Delaney Hall Detention Center, a group of protestors, including two members of US Congress, stormed the gate and broke into the detention facility. The allegations by Newark politicians that Delaney does not have the" / X |
| Capture URL: | https://x.com/DHSgov/status/1920931991828013546 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 19:01:30 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 19:01:54 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | t1GccrwFXqUTjQQ4yRd5PE |
| Display Name: | otto.sutton |

PDF REFERENCE #:    aVoBR35vJCQsK8J2XBE2G4



Document title: Homeland Security on X: &quot;Today, as a bus of detainees was entering the security gate of Delaney Hall Detention Center, a group of protestors,…
Capture URL: https://x.com/DHSgov/status/1920931991828013546
Capture timestamp (UTC): Tue, 23 Sep 2025 19:01:54 GMT
Page 1 of 1