# CORTES EXHIBIT O

![PageVault]

| | |
|---|---|
| Document title: | Homeland Security on X: "Delaney Hall Detention Center houses the WORST OF THE WORST! This stunt by sanctuary lawmakers puts the safety of our law enforcement agents and detainees at risk. @TriciaOhio https://t.co/0NEyyuBnU4" / X |
| Capture URL: | https://x.com/DHSgov/status/1920948061737496994 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 19:07:14 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 19:07:15 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 52.71.110.69 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | jpt2SMiU97EcZ12ZB9Cwqh |
| Display Name: | otto.sutton |

PDF REFERENCE #:        2yPV7ZB5HQNb4nNXjb6Ukr

**Homeland Security** ✓
@DHSgov

Delaney Hall Detention Center houses the WORST OF THE WORST!

This stunt by sanctuary lawmakers puts the safety of our law enforcement agents and detainees at risk.

@TriciaOhio



9:04 PM · May 9, 2025 · **64.8K** Views

196      1.1K      4.2K      65

Read 196 replies

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up