# CORTES EXHIBIT P

**PageVault**

| | |
|---|---|
| Document title: | Homeland Security on X: "Delaney Hall Detention Center houses MS-13 gang members, terrorists, child predators and the WORST OF THE WORST! This stunt by sanctuary lawmakers puts the safety of our law enforcement agents and detainees at risk. @TriciaOhio https://t.co/UbgTppD7mk" / X |
| Capture URL: | https://x.com/DHSgov/status/1921190257791266885 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 19:07:10 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 19:07:11 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.89.239.245 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | on4qci6jBomt7LuQaYgMBX |
| Display Name: | otto.sutton |

X  Post

**Homeland Security** ✓
@DHSgov

Delaney Hall Detention Center houses MS-13 gang members, terrorists, child predators and the WORST OF THE WORST!

This stunt by sanctuary lawmakers puts the safety of our law enforcement agents and detainees at risk.

@TriciaOhio



1:07 PM · May 10, 2025 · **136.9K** Views

💬 222      🔁 1K      ♡ 4.7K      🔖 74      ⬆️

💬 Read 222 replies

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Document title: Homeland Security on X: &quot;Delaney Hall Detention Center houses MS-13 gang members, terrorists, child predators and the WORST OF THE…
Capture URL: https://x.com/DHSgov/status/1921190257791266885
Capture timestamp (UTC): Tue, 23 Sep 2025 19:07:11 GMT                    Page 1 of 1