# CORTES EXHIBIT Q

| | |
|---|---|
| Document title: | Homeland Security on X: "In their own words: No one is above the law. The reckless stunt by sanctuary politicians at Delaney Hall is a bizarre attempt for 15 minutes of fame. https://t.co/rBunyJwXPs" / X |
| Capture URL: | https://x.com/DHSgov/status/1922428497688957302 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 19:07:02 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 19:07:03 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 34.207.240.88 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | dujnCB8EV87Ed4om43ht7k |
| Display Name: | otto.sutton |

PDF REFERENCE #:    poR5YPkEXET3wgoQvixvca

**Homeland Security** @DHSgov

In their own words: No one is above the law.

The reckless stunt by sanctuary politicians at Delaney Hall is a bizarre attempt for 15 minutes of fame.



11:07 PM · May 13, 2025 · **24K** Views

79     223     864     18

Read 79 replies

Don't miss what's happening
People on X are the first to know.
Log in    Sign up

Homeland Security @DHSgov