# CORTES EXHIBIT R

| | |
|---|---|
| Document title: | Homeland Security on X: "What happened on May 9 at Delaney Hall was not oversight. It was a political stunt that put the safety of our law enforcement agents, our staff, and our detainees at risk.     This behavior was lawless, and it was beneath this body. Members of Congress are not above the law and https://t.co/0kh3XKTiBV" / X |
| Capture URL: | https://x.com/DHSgov/status/1922663811175137331 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 19:07:01 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 19:07:02 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 184.73.56.70 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | fVTX87dJkh799iwCEwm5VR |
| Display Name: | otto.sutton |

PDF REFERENCE #:    kik1uhX18kGNk7rt9wb83y

**Homeland Security** ✓
@DHSgov

What happened on May 9 at Delaney Hall was not oversight. It was a political stunt that put the safety of our law enforcement agents, our staff, and our detainees at risk.

This behavior was lawless, and it was beneath this body. Members of Congress are not above the law and cannot illegally break into detention facilities.

@Sec_Noem



2:42 PM · May 14, 2025 · **188.8K** Views

1.1K    3.2K    12K    217

Read 1.1K replies



Don't miss what's happening
People on X are the first to know.

Log in    Sign up