# CORTES EXHIBIT T

**PageVault**

| | |
|---|---|
| Document title: | Tricia McLaughlin on X: "In a bizarre political stunt, as a bus of detainees entered the security gate of Delaney Hall Detention Center, a group of protestors, including 2 members of US Congress, stormed the gate and broke into the detention facility. The members, Robert Menendez Jr. and Bonnie Watson" / X |
| Capture URL: | https://x.com/TriciaOhio/status/1920920302873440748 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 18:41:16 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 18:42:21 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | gjVXyxA2QuFfziKeXQaxVL |
| Display Name: | otto.sutton |

PDF REFERENCE #:     3D4SbFCrqGZbg4jEah2xgy




