# CORTES EXHIBIT U

| | |
|---|---|
| Document title: | Tricia McLaughlin on X: "Delaney Hall Detention Center houses murderers, terrorists, child rapists and MS-13 gang members. Why are these Democrat politicians so hell-bent on getting these heinous actors out of this facility that they would storm the facility &amp; put law enforcement at risk? https://t.co/ako8XAD7GV" / X |
| Capture URL: | https://x.com/TriciaOhio/status/1921186371391148150 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 18:43:54 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 18:44:21 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | 3Bb9xFdrkLfgJYQzVkqyLy |
| Display Name: | otto.sutton |

PDF REFERENCE #:     jthPd8ZuHMqo5jsiW8P33E



**Tricia McLaughlin** ✓
@TriciaOhio

Delaney Hall Detention Center houses murderers, terrorists, child rapists and MS-13 gang members.
Why are these Democrat politicians so hell-bent on getting these heinous actors out of this facility that they would storm the facility & put law enforcement at risk?

12:51 PM · May 10, 2025 · **163K** Views

166      514      1.8K      44

Read 166 replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Milan Fashion Week 2025 Womenswear SS26
LIVE

Trending in United States
**A. Release**
114K posts

Politics · Trending
**Ryan Routh**
9,037 posts

Trending in United States
**Black Lightning**

Trending in United States
**Mukuba**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More · · · | © 2025 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in    Sign up