# CORTES EXHIBIT V

PageVault

| | |
|---|---|
| Document title: | Joey Fox on X: "The removals are limited, though; a post from DHS official Tricia McLaughlin that basically makes the same claims but that wasn't cited in McIver's motion (and doesn't happen to mention McIver herself) is still up. https://t.co/n1XUPkiIk6" / X |
| Capture URL: | https://x.com/joeymdfox/status/1970138118683787653 |
| Page loaded at (UTC): | Wed, 24 Sep 2025 19:58:41 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 19:59:30 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | uRA6NF4VDMoVt5zjokDLuZ |
| Display Name: | otto.sutton |

PDF REFERENCE #:    n7pMNZ4scRSxNhTodzgQzQ

**Post**

**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Joey Fox**
@joeymdfox

The removals are limited, though; a post from DHS official Tricia McLaughlin that basically makes the same claims but that wasn't cited in McIver's motion (and doesn't happen to mention McIver herself) is still up.

> **Tricia McLaughlin** ✓
> @TriciaOhio
>
> In a bizarre political stunt, as a bus of detainees entered the security gate of Delaney Hall Detention Center, a group of protestors, including 2 members of US Congress, stormed the gate and broke into the detention facility. The members, Robert Menendez Jr. and Bonnie Watson Coleman + multiple protestors holed up in a guard shack, the first security check point.
>
> This illegal breaking and entering of a detention facility puts the safety of our law enforcement agents and the detainees at risk.
>
> Members of Congress are not above the law and cannot illegally break into detention facilities. Had these members requested a tour, we would have facilitated a tour of the facility. This is an evolving situation.

2:48 PM · Sep 22, 2025 · **420** Views

🔁 1    ♡ 1

**What's happening**

**Milan Fashion Week 2025 Womenswear SS26**
LIVE

Trending in United States
**Discovery**
45.1K posts

Sports · Trending
**Saka**
35.7K posts

Politics · Trending
**James Comey**
5,713 posts

Politics · Trending
**Violet Affleck**
Trending with Ben Affleck, Jennifer Garner
14.5K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up