# CORTES EXHIBIT W

Since Exhibit W is a video titled Axon_Body_4_Video_2025-05-09_1415_D01AA350X, incapable of being converted to PDF in accordance with the local and CM/ECF rules, it will be submitted via FTP file transfer to the Court and all Parties of Record along with this filing. A courtesy copy will separately be provided by thumb drive on Friday, September 26, 2025.