## **CERTIFICATE OF SERVICE**

I certify that true and accurate copies of the foregoing document were sent by ECF service to all parties in this matter on September 25, 2025.

_____
Lee M. Cortes

13