**<u>CERTIFICATE OF SERVICE</u>**

I certify that true and accurate copies of the foregoing document were sent by ECF

service to all parties in this matter on September 25, 2025.

_____

Lee M. Cortes