# EXHIBIT A

 

Homeland Security

[search box] 🔍

Home » News » Press Releases » DHS is Fighting Back Against Antifa Violence

## News

- All DHS News
- Apps
- Blog
- Comunicados de Prensa
- Data
- Events
- Fact Sheets
- Featured News
- Homeland Security LIVE
- Media Contacts
- Media Library
- National Terrorism Advisory System
- Press Releases
- Speeches
- Subscribe
- Testimony

# DHS is Fighting Back Against Antifa Violence

**Release Date:** September 26, 2025

*Antifa-aligned domestic terrorists have nowhere to hide: DHS is upholding the rule of law*

**WASHINGTON** – The Department of Homeland Security (DHS) has arrested dozens of Antifa-aligned left-wing violent extremists who have attacked law enforcement, murdered innocent civilians, and launched a wave of violent riots throughout the United States.

Under Homeland Security Secretary Kristi Noem's leadership, DHS is standing firm to defend our Homeland, the rule of law, and our way of life. It has mobilized to enforce President Donald J. Trump's Executive Order "Designating Antifa as a Domestic Terrorist Organization."

*"Antifa and other left-wing extremists have shot, attacked, issued death threats against, and incited riots against law enforcement. Enough is enough: if you lay a hand on our federal law enforcement officers, you will be arrested and prosecuted to the fullest extent of the law,"* said **DHS Assistant Secretary Tricia McLaughlin**. *"But Antifa and their friends haven't stopped us. They're not even slowing us down. Despite the 1,000% increase in assaults against them, our brave men and women in federal law enforcement are still on the ground, fighting every single day to uphold the rule of law and keep Americans safe from violent extremists and criminal illegal aliens alike."*

Wednesday's horrific targeted attack where three people were shot at a Dallas, Texas, Immigrations and Customs Enforcement (ICE) facility was carried out by an extremist who engraved "Anti-ICE" on bullet casings. This is only the latest attack in a wave of Antifa-aligned political violence: it comes just months after a bomb threat at the same facility.

Sanctuary politicians' demonizing rhetoric and legacy media's lies about the fathers, mothers, sons, and daughters, working in ICE, Customs and Border Protection (CBP), and other federal law enforcement has directly led to these attacks. They are why ICE agents are facing a 1,000% increase in assaults.

Nonetheless, DHS is standing firm.

**Below is a non-exhaustive list of the arrests DHS has made to keep America safe from Antifa-aligned domestic extremism:**

- Law Enforcement Arrests Suspect Who Made Bomb Threat on ICE Dallas Field Office:
    - Bratton Dean Wilkerson, a 36-year-old U.S. citizen, entered the facility and claimed to have a bomb in his backpack and a detonator on his wrist. He was taken into custody and charged with making terroristic threats.
- Law Enforcement Captures Antifa-Aligned Violent Extremists Who Ambushed and Shot Officers at ICE Facility in Prairieland, Texas are Captured
    - On July 4, 2025, a group of leftwing extremists coordinated an ambush on the Prairieland Detention Center. Wearing matching tactical clothing, the attackers first stormed the facility and used fireworks. Then, as law enforcement responded, other attackers hiding nearby opened fire, wounding a local police officer in the neck.
    - Fifteen individuals associated with the attack have been arrested and hit with charges ranging from attempted murder of federal agents to hindering the prosecution of terrorism.
    - One of the defendants and an alleged shooter, Benjamin Hanil Song, was hunted down and arrested after a week-long manhunt.
- Violent Extremist Arrested after Trying to Run Over CBP Agent with Their Car
    - In Knox County, Tennessee, Olivia G. Wilkins, 24, attempted to run over a Border Patrol Agent who was

police officer in the neck.

- Fifteen individuals associated with the attack have been arrested and hit with charges ranging from attempted murder of federal agents to hindering the prosecution of terrorism.
    - One of the defendants and an alleged shooter, Benjamin Hanil Song, was hunted down and arrested after a week-long manhunt.
- Violent Extremist Arrested after Trying to Run Over CBP Agent with Their Car
    - In Knox County, Tennessee, Olivia G. Wilkins, 24, attempted to run over a Border Patrol Agent who was in the process of arresting criminal illegal aliens.
    - Wilkins attempted to flee the scene, but was pursued, arrested, and charged with aggravated reckless conduct, criminal threatening with a dangerous weapon, driving to endanger, hindering apprehension, obstructing government administration, and failure to stop for an officer.
- DHS Files Charges Against Member of Congress who Physically Assaulted ICE Officers
    - Several members of Congress broke into the Delaney Hall Detention Facility in Newark, New Jersey and assaulted ICE officers.
    - Representative LaMonica McIver was caught on camera physically assaulting officers who were lawfully preventing her efforts to trespass on federal property.
    - She was indicted by a federal grand jury and charged for assaulting a federal law enforcement officer.
- DHS and Other Law Enforcement Arrest Antifa-Aligned Rioters Who Attacked Broadview, IL ICE Facility
    - Since September 19, violent rioters have repeatedly attacked an ICE facility in Broadview, Illinois. DHS and law enforcement have arrested 17 of these violent rioters on multiple charges, including:
        - 4 rioters were arrested by Homeland Security Investigations (HSI) Chicago for obstruction and assault on a federal officer.
        - 7 other rioters were arrested for assaulting a law enforcement officers and have been issued citations to appear before a U.S. Magistrate and answer for their crimes.
        - 3 other rioters have been arrested for disturbances and disorderly conduct on federal property. Their release from DHS custody is pending as of this writing.
    - Illinois Governor Pritzker and Chicago Mayor Brandon Johnson's nonstop demonization of ICE, comparing them Nazis and falsely claiming they are "secret police" who are "terrorizing our communities" have contributed to these out-of-control riots.
- DHS Arrests and Files Charges Against Antifa-Affiliated Rioters who Attacked Portland, OR ICE Facility
    - Rioters in Portland, Oregon have repeatedly attacked and laid siege to an ICE processing center. Several have been arrested and hit with federal charges:
        - On June 24, a rioter shined a high-powered laser beam into the eyes of an ICE Special Response Team (SRT) officer who was protecting the facility. The laser was found on the rioter's person, and the subject has been charged with Assault on a Federal Officer.
        - Again, on June 24, a rioter picked up and threw a smoke grenade at federal officers, striking one in the forearm and abdomen. The rioter was arrested, and has been charged with Assault on a Federal Officer.
        - On June 29, a rioter was attempting to damage equipment at the facility. DHS officers took the subject into custody, who resisted arrest, grabbed an officer in the genitals, and kicked officers in the groin and legs. They have been charged with Assault on a Federal Officer and Depredation of Government Property.
    - Rose City Antifa also illegally doxed ICE officers, publishing their private information and home address online and on public flyers. Individuals associated with Antifa also sent death threats to ICE agents and DHS personnel.





- [DHS Arrests and Prosecutes Antifa-Aligned Rioters in Los Angeles](#)
  - Throughout the summer of 2025, riots broke in Los Angeles as DHS law enforcement officers conducted operations to find and arrest criminal illegal aliens. Multiple rioters have been arrested and prosecuted for attacking law enforcement and destroying property.
    - During a Border Patrol operation in Los Angeles, Elpidio Reyna donned a mask and threw cinderblocks at federal officers and their vehicles, injuring an agent. He was indicted by a federal grand jury for assaulting a federal officer, and is facing up to 20 years in prison.
    - On June 17, a rioter attempted to strike Federal Protection Service (FPS) officers with their car and disrupt an ongoing arrest. They were found and arrested on September 9th and have been charged with Assaulting a Federal Officer.
    - On August 2nd, rioters descended on a federal courthouse. While a FPS vehicle attempted to exit the facility, one of the rioters threw themselves on the vehicle. When officers attempted to detain the rioter, he struck an officer in the face with his fist. He has been arrested and charged for assaulting a federal officer.
    - Again, on August 2nd, a rioter struck a FPS officer on the arm and torso during a wider demonstration. The rioter has been since arrested and charged with assaulting a federal officer.
  - Despite these attacks, ICE and Border Patrol arrested [thousands of criminal illegal aliens](#) including rapists, gang members, murderers, and child sex offenders.

# # #

## Topics

HOMELAND SECURITY ENTERPRISE     IMMIGRATION AND CUSTOMS ENFORCEMENT

## Keywords

DEPARTMENT OF HOMELAND SECURITY (DHS)     DOMESTIC TERRORISM
IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)     TARGETED VIOLENCE

Last Updated: 09/26/2025

Was this page helpful?

◯ Yes  ◯ No

Submit

[Return to top](#)

Topics     News     In Focus     How Do I?     Get Involved     About DHS

Homeland Security

Document title: DHS is Fighting Back Against Antifa Violence | Homeland Security
Capture URL: https://www.dhs.gov/news/2025/09/26/dhs-fighting-back-against-antifa-violence
Capture timestamp (UTC): Mon, 29 Sep 2025 14:57:40 GMT

- Throughout the summer of 2025, riots broke in Los Angeles as DHS law enforcement officers conducted operations to find and detain criminal illegal aliens. Multiple rioters have been arrested and prosecuted for attacking law enforcement and destroying property.
  - During a Border Patrol operation in Los Angeles, Elpidio Reyna donned a mask and threw cinderblocks at federal officers and their vehicles, injuring an agent. He was indicted by a federal grand jury for assaulting a federal officer, and is facing up to 20 years in prison.
  - On June 17, a rioter attempted to strike Federal Protection Service (FPS) officers with their car and disrupt an ongoing arrest. They were found and arrested on September 9th and have been charged with Assaulting a Federal Officer.
  - On August 2nd, rioters descended on a federal courthouse. While a FPS vehicle attempted to exit the facility, one of the rioters threw themselves on the vehicle. When officers attempted to detain the rioter, he struck an officer in the face with his fist. He has been arrested and charged for assaulting a federal officer.
  - Again, on August 2nd, a rioter struck a FPS officer on the arm and torso during a wider demonstration. The rioter has been since arrested and charged with assaulting a federal officer.
- Despite these attacks, ICE and Border Patrol arrested thousands of criminal illegal aliens including rapists, gang members, murderers, and child sex offenders.

# # #

**Topics**

HOMELAND SECURITY ENTERPRISE     IMMIGRATION AND CUSTOMS ENFORCEMENT

**Keywords**

DEPARTMENT OF HOMELAND SECURITY (DHS)     DOMESTIC TERRORISM

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)     TARGETED VIOLENCE

Last Updated: 09/26/2025

Was this page helpful?

◯ Yes   ◯ No

Submit

Return to top

Topics     News     In Focus     How Do I?     Get Involved     About DHS


Homeland Security

f  X  ▶YouTube  flickr  instagram  in  ✉



DHS.gov
**An official website of the U.S. Department of Homeland Security**

| | | |
|---|---|---|
| About DHS | FOIA Requests | Vulnerability Disclosure Program |
| Accessibility | No FEAR Act Data | Office of Inspector General |
| Budget and Performance | Privacy Policy | The White House |
| DHS Components | Site Links | USA.gov |