# EXHIBIT B

This is a Perma.cc record
Captured October 6, 2025 1:00 pm
View Mode: Standard  Screenshot
Show record details
View the live page
What is Perma.cc?

An official website of the United States government Here's how you know

**NOTICE** Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.



Topics | News | In Focus | How Do I? | Get Involved | About DHS

Home » News » Press Releases »
DHS Reminds Congressional Members of ICE's Guidelines to Schedule Tours of ICE Detention Facilities

- News
  - All DHS News
  - Apps
  - Blog
  - Comunicados de Prensa
  - Data
  - Events
  - Fact Sheets
  - Featured News
  - Homeland Security LIVE
  - Media Contacts
  - Media Library
  - National Terrorism Advisory System
  - Press Releases
  - Speeches
  - Subscribe
  - Testimony

# DHS Reminds Congressional Members of ICE's Guidelines to Schedule Tours of ICE Detention Facilities

**Release Date:** May 14, 2025

*There was no need for Congressional members to storm Delaney Hall—they could have just scheduled a tour*

WASHINGTON – After members of Congress broke into Delaney Hall and assaulted Immigration and Customs Enforcement (ICE) agents, the Department of Homeland Security is reminding Congressional offices of ICE's facility visitation guidelines.

"Members of Congress cannot break the law in the name of 'oversight.' Secretary Noem respects congresses oversight authority and is always willing to accommodate Members seeking to visit ICE detention facilities," **said Assistant Secretary Tricia McLaughlin.** "However, they are not above the law. All members and staff need to comply with facility rules, procedures, and instructions from ICE personnel on site for their own safety, the safety of the detainees, and the safety of ICE employees. If these three members had simply asked for a tour, these three congressional members would have been easily allowed into Delaney Hall and would not have had to resort to assaulting law enforcement to enter the facility."

Despite these Congressional members storming Delaney Hall and assaulting officers, they were still given a tour of the facility.

Below are a few highlights of ICE's guidance – which ensure the safety of all agents, visitors, and inmates:

- ICE will comply with the law and accommodate Members of Congress seeking to visit/tour an ICE detention facility for the purpose of conducting oversight.
- If Members and/or Congressional staff would like to meet with a specific detainee or set of detainees, please provide names, alien registration numbers, and valid, signed privacy releases with your request. If Members and/or Congressional staff would like to meet with non-specific detainees, a minimum of 48-hours advanced notice is needed for the facility to post sign-up sheets, identify detainees who wish to participate (if any), and execute required privacy waivers.
- Safety, security, and good order are always primary considerations in a detention facility, and visitors must be properly identified and attired.
- All visitors are subject to search upon entering the facility and at any other time during the tour.
- Introduction of contraband or other criminal violations may lead to criminal prosecution of a visitor.





Members of Congress and their staff are invited to read the full guidance and schedule a tour of any ICE facility.

###

## Topics

SECRETARY OF HOMELAND SECURITY    IMMIGRATION AND CUSTOMS ENFORCEMENT

## Keywords

CONGRESS    SECRETARY KRISTI NOEM    GUIDANCE    GUIDE
IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)

Last Updated: 06/25/2025

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

