# EXHIBIT C



Document title: (20) Homeland Security on X: &quot;Antifa-aligned domestic terrorists have NOWHERE to hide: Under @POTUS Trump and @Sec_Noem, DHS is…
Capture URL: https://x.com/DHSgov/status/1971628772379251108
Capture timestamp (UTC): Mon, 06 Oct 2025 16:12:43 GMT
Page 1 of 1



Document title: Homeland Security on X: &quot;Several members of Congress broke into the Delaney Hall Detention Facility in Newark, New Jersey and assaulted ICE…
Capture URL: https://x.com/DHSgov/status/1971628795355402439
Capture timestamp (UTC): Mon, 29 Sep 2025 14:56:05 GMT
Page 1 of 1