UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jamel K. Semper |
| v. | : | Crim. No. 25-388 (JKS) |
| LaMONICA McIVER | : | **PROTECTIVE ORDER** |

This matter having come before the Court upon the application of the United States (Mark J. McCarren and Benjamin D. Bleiberg, Assistant U.S. Attorneys, appearing), for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, to restrict public disclosure of certain information provided to defense counsel in the above-captioned criminal matter, and Congresswoman LaMonica McIver, being represented by Paul J. Fishman, Esq. and Lee M. Cortes, Jr., having no objection to the entry of such an order, the Court makes the following findings:

1. Counsel for Congresswoman McIver seeks the names and official titles of all U.S. Immigration and Customs Enforcement ("ICE") and U.S. Department of Homeland Security ("DHS") officers and agents who were present at Delaney Hall on the afternoon of May 9, 2025 (the "Protected Information").

2. The Government has agreed to provide the Protected Information to Congresswoman McIver and her counsel, conditioned upon the Court entering an Order restricting disclosure of the Protected Information in order to protect the privacy of the ICE and DHS officers and agents who were present at Delaney Hall on May 9, 2025.

3. Therefore, the Court directs the Government to provide the Protected

Information to Congresswoman McIver and her counsel.

4. If counsel for the defense has reason to believe, in good faith, that it has identified an additional person or persons with whom it intends to share the Protected Information, or that it intends to use the Protected Information during the course of litigation, they will meet and confer with the Government about the disclosure. If the parties cannot agree, either side will bring the issue to the attention of the Court.

5. There is good cause for the entry of this order to protect the privacy of DHS and ICE officers and agents.

IT IS, therefore, on this __24th__ day of October, 2025, ORDERED that:

1. The Government shall disclose the names and titles of the DHS and ICE officers and agents present at Delaney Hall on May 9, 2025 to Congresswoman McIver and her Counsel, for purposes of trial and trial preparation in the above-captioned criminal matter; and

2. Congresswoman McIver and her Counsel shall not disseminate the Protected Information to anyone other than attorneys, investigators, and consultants working with the defense team (the "Defense Team"), unless the parties otherwise agree or upon an Order of this Court.

SO ORDERED.

HONORABLE JAMEL K. SEMPER
United States District Judge

October 22, 2025

*Form and entry consented to*:

_____
Mark J. McCarren
Benjamin D. Bleiberg
Assistant U.S. Attorneys

_____
Paul J. Fishman, Esq.
Lee M. Cortes, Jr.
Counsel for Congresswoman McIver