

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *Benjamin D. Bleiberg* | *970 Broad Street, Suite 700* | *973-645-2700* |
| *Assistant United States Attorney* | *Newark, New Jersey 07102* | |

October 29, 2025

**VIA E-MAIL**
Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
    & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

          Re:    <u>United States v. LaMonica McIver</u>, Crim. No. 25-00388 (JKS)

Dear Judge Semper:

      The Government writes in response to the Court's oral order of October 21, 2025, ordering the Government to provide a status update concerning its efforts to request the Department of Homeland Security to remove nine posts on X.com that were identified by Defendant LaMonica McIver in Docket No. 31-1.

      The Government made its first request to Homeland Security Investigations – Newark ("HSI – Newark") immediately after the October 21 hearing. The Government was informed that HSI – Newark began coordinating that day with DHS-related agencies to take down the posts. The Government followed up with HSI – Newark multiple times over the next week for status updates, and was informed that HSI – Newark had still been unsuccessful in having DHS remove the posts.

As of the time of this status update, the posts remain on X.com. The Government will continue to pursue different channels to seek removal of the X.com posts, and will provide the Court with an additional status update within a week.

Sincerely,

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting U.S. Attorney
Special Attorney

By: *Benjamin D. Bleiberg*
Mark J. McCarren
Benjamin D. Bleiberg
Assistant United States Attorneys

cc: Paul J. Fishman, Esq.
Lee M. Cortes, Jr., Esq.
Amanda J. Raines, Esq.