

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*Benjamin D. Bleiberg*  *970 Broad Street, Suite 700*  *973-645-2700*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

October 30, 2025

**VIA E-MAIL**
Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
   & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

       Re:   *United States v. LaMonica McIver*, Crim. No. 25-00388 (JKS)

Dear Judge Semper:

     The Government writes to provide an additional update concerning its efforts to request the Department of Homeland Security to remove nine posts on X.com that were identified by Defendant LaMonica McIver in Docket No. 31-1. As of this afternoon, the posts referenced in Defense Exhibits N through U have been removed. The post referenced in Defense Exhibit V, however, remains available on X.com, as it appears to be controlled by a journalist and private citizen, and the Government lacks the authority to remove the post.

     In addition, the Government has met and conferred with counsel for the Defendant, who has agreed to provide the Government with an additional week to produce communications and the remaining facility videos.

                                         Sincerely,

                                         TODD BLANCHE
                                         U.S. Deputy Attorney General

                                         ALINA HABBA
                                         Acting U.S. Attorney
                                         Special Attorney

                                          *Benjamin D. Bleiberg*
                              By:   Mark J. McCarren
                                         Benjamin D. Bleiberg
                                         Assistant United States Attorneys

- 2 -

cc:   Paul J. Fishman, Esq.
      Lee M. Cortes, Jr., Esq.
      Amanda J. Raines, Esq.

- 2 -