## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAMONICA MCIVER,<br><br>*Defendant*. | Crim. No. 25-388<br><br>**ORDER**<br><br>November 13, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Defendant LaMonica McIver's motion to dismiss for legislative immunity under the Speech or Debate Clause (ECF 19) and motion to dismiss for selective enforcement and selective prosecution, and vindictive prosecution (ECF 20), and the Court having considered the submissions of the parties and held oral argument on October 21, 2025, for the reasons stated in this Court's Opinion dated November 13, 2025,

**IT IS** on this 13th day of November 2025,

**ORDERED** that Defendant's motion to dismiss (ECF 19) is **DENIED** as to Counts One and Three, and the Court reserves judgment on Count Two; and it is further

**ORDERED** that Defendant's motion to dismiss (ECF 20) is **DENIED**; and it is finally

**ORDERED** that an in-person status conference is scheduled for November 20, 2025 at 10:30 a.m. in Newark – Courtroom 3 of the Frank R. Lautenberg, U.S. Post Office and Courthouse.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc:   Parties