# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**  Date: November 17, 2025

Deputy Clerk: Shea Smith

Court Reporter: Laurie Engemann

**Title of Case:**  Docket # **Cr. 25-388 (JKS)**

*United States v. Lamonica McIver*

**Appearances:**
Mark McCarren, Esq., Benjamin D. Bleiberg, Esq., for the AUSA.
Paul J. Fishman, Esq., Lee Cortes, Jr., Esq. and Amanda Raines, Esq. for the defendant.

**Nature of Proceedings:** **Status Conference**
Discussion regarding the briefing of the Motion to Dismiss (ECF No. 19.)
Ordered that the Government must turnover any form of communication relating to discovery to the defense.
Ordered that the Government must turnover the video footage, policies and text messages to the defense by Wednesday, November 26, 2025.
Ordered that the parties must submit a letter no more than fifteen-pages outlining Count 2 of the motion by Wednesday, November 26, 2025.
Ordered that the parties are to review the video footage and file their briefs by December 9, 2025.
Ordered that the Government shall continue its efforts to have DHS remove defamatory information off their website.
An appropriate order will follow.

```
Time Commenced: 11:05 a.m.
Time Adjourned: 11:30 a.m.
Total Time:  25 minutes
```

*Shea M. Smith, Courtroom Deputy*