## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER | Hon. Jamel K. Semper<br><br>Crim. No. 25-388 |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND HER TIME TO FILE A NOTICE OF APPEAL

**THIS MATTER** having come before the Court on the motion of counsel for Defendant McIver for an order to extend the appeal time by 30 days (ECF 48); and the Government having consented to that relief; and the Court having found good cause to do so;

IT IS on this __24th__ day of November 2025,

**ORDERED** that Defendant's motion (ECF 48) is hereby **GRANTED**; and it is further

**ORDERED** that any deadline to appeal the Court's November 13, 2025, order is extended by 30 days, up to and including December 29, 2025.

                                                    _/s/ Jamel K. Semper_____
                                                    Honorable Jamel K. Semper
                                                    United States District Judge