UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jamel K. Semper |
| | : | |
| v. | : | Crim. No. 25-388 (JKS) |
| | : | |
| LaMONICA McIVER | : | **PROTECTIVE ORDER** |

      This matter having come before the Court upon the application of the United States (Mark J. McCarren and Benjamin D. Bleiberg, Assistant U.S. Attorneys, appearing), for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, to restrict public disclosure of certain information provided to defense counsel in the above-captioned criminal matter, and Congresswoman LaMonica McIver (Paul J. Fishman and Lee M. Cortes, Jr., appearing) not objecting to the entry of such an order, the Court makes the following findings:

      1.     At a status conference on November 17, 2025, the Court directed the Government to collect and produce certain materials to Congresswoman McIver and her counsel by November 26, 2025 (collectively, the "Protected Information"). The Government has agreed to provide the Protected Information to Congresswoman McIver and her Counsel upon the Court's entering an Order restricting disclosure of the Protected Information a) in order to protect the privacy of U.S. Immigration and Customs Enforcement ("ICE") or U.S. Department of Homeland Security ("DHS") officers, agents, and other personnel (collectively, "Applicable Agency Personnel"), and others who exchanged communications with the Applicable Agency Personnel, and any individuals or entities that were the subject of those communications; and

b) to limit the dissemination of sensitive law enforcement policies and procedures.

2. If Counsel for Congresswoman McIver has reason to believe, in good faith, that they have identified an additional person or persons with whom they intend to share the Protected Information, or that they intend to disclose the Protected Information during the course of litigation, they will meet and confer with the Government about the disclosure. If the parties cannot agree, either side will bring the issue to the attention of the Court.

3. There is good cause for the entry of this order to protect the privacy of the Applicable Agency Personnel and other individuals and to limit the dissemination of sensitive law enforcement policies and procedures of ICE and DHS.

IT IS on this **26th** day of November, 2025, ORDERED:

1. The Government shall produce communications from, to, between, and among the Applicable Agency Personnel to Congresswoman McIver and her Counsel, as well as certain written law enforcement sensitive policies and procedures of ICE and DHS, for purposes of trial and trial preparation in the above-captioned criminal matter;

2. Congresswoman McIver and her Counsel shall not disseminate the Protected Information to anyone other than attorneys, investigators, and consultants working with the defense team, unless the parties otherwise agree or upon an Order of this Court.

SO ORDERED.

_____
HONORABLE JAMEL K. SEMPER
United States District Judge

Dated: November 25, 2025

*Form and entry consented to*:

  /s/ Benjamin D. Bleiberg                   /s/ Lee M. Cortes, Jr.
Mark J. McCarren                         Paul J. Fishman, Esq.
Benjamin D. Bleiberg                     Lee M. Cortes, Jr., Esq.
Assistant U.S. Attorneys                 Counsel for Congresswoman McIver

3