UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>LaMONICA McIVER. | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS |

**DECLARATION OF PAUL J. FISHMAN IN FURTHER SUPPORT OF CONGRESSWOMAN LaMONICA McIVER'S MOTION TO DISMISS COUNT TWO BASED ON LEGISLATIVE IMMUNITY**

I, Paul J. Fishman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    I am an attorney admitted to practice law before this Court. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Congresswoman LaMonica McIver in this matter. I make this Declaration to provide the Court with additional evidence cited in Congresswoman McIver's supplemental brief in support of her motion to dismiss Count Two based on Legislative Immunity.

    2.    Exhibit X is a true and correct copy of a signal chat produced by the U.S. Attorney's Office as part of a folder titled USA-000353, including participants from DHS and HSI. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

    3.    Exhibit Y is a true and correct copy of a signal chat produced by the U.S. Attorney's Office as part of a folder titled USA-000334, including participants from HSI. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

1

4. Attached are the following true and correct copies of Exhibits Z – II, which are video recordings that the United States Attorney's Office has produced in discovery in this case.

| Exhibit Reference | Video Name | Filed Under Seal |
|---|---|---|
| Z | USA-0000078 | This video will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 43. |
| AA | USA-0000065 | No; the U.S. Attorneys' Office does not object to the public filing of this exhibit. *See* ECF No. 43. |
| BB | USA-0000064 | No; the U.S. Attorneys' Office does not object to the public filing of this exhibit. *See* ECF No. 43. |
| CC | TARC Axon Body Camera Arrest | Not subject to a protective order. |
| DD | TA Axon Body Camera Arrest | Not subject to a protective order. |
| EE | Entry Lot 5-9-25 1448 | Not subject to a protective order. |
| FF | Entry Lot 5-9-25 1459 | Not subject to a protective order. |
| GG | Entry Lot 5-9-25 1506 | Not subject to a protective order. |
| HH | U2 5-9-25 1534 | Not subject to a protective order. |
| II | USA-0000069 | This video will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 43. |

Executed on: December 9, 2025

By: _____
Paul J. Fishman

**CERTIFICATE OF SERVICE**

    I certify that true and accurate copies of the this declaration and the attached exhibits were sent by FTP file transfer to the Court and counsel of record on December 9, 2025.

_____
Paul J. Fishman