# EXHIBIT CC

Since Exhibit CC is a video titled TARC Axon Body Camera Arrest, incapable of being converted to PDF in accordance with the local and CM/ECF rules, it will be submitted via FTP file transfer to the Court and all Parties of Record along with this filing. A courtesy copy will separately be provided by thumb drive on Wednesday, December 9, 2025