# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER. | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that on December 15, 2025, or as soon thereafter as counsel may be heard, Congresswoman LaMonica McIver will apply to this Court for an order to seal exhibits X, Y, Z, and II to the Supplemental Brief in Support of Congresswoman McIver's Motion to Dismiss Count Two Based on Legislative Immunity.

In support of this motion, Congresswoman McIver respectfully refers the Court to the Declaration of Lee M. Cortes, Jr., and the two prior Protective Orders it has entered, *see* ECF Nos. 43 and 50, and requests that this motion be decided on the papers submitted, without oral argument.

Dated: December 9, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By: _/s/ Lee M. Cortes, Jr._
Lee M. Cortes, Jr.
Paul J. Fishman
One Gateway Center
Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Lee.Cortes@arnoldporter.com
Paul.Fishman@arnoldporter.com
*Counsel for*
*Congresswoman LaMonica McIver*