**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | |
| LaMONICA McIVER. | Crim. No. 2:25-cr-00388-JKS |

**DECLARATION OF LEE M. CORTES, JR. IN SUPPORT OF**
**CONGRESSWOMAN LaMONICA McIVER'S MOTION TO SEAL**

I, Lee M. Cortes, Jr., declare under penalty of perjury:

1. I am a partner at Arnold & Porter and represent Congresswoman LaMonica McIver in this matter. I am fully familiar with the facts stated here. I respectfully submit this declaration in support of Congresswoman McIver's motion to seal exhibits X, Y, Z, and II to Congresswoman McIver's Supplemental Brief in Support of her Motion to Dismiss Count Two Based on Legislative Immunity.

2. Because the Court has previously found that disclosure of these exhibits might implicate third-party privacy interests, *see* ECF Nos. 43 and 50, the parties to this action submit that exhibits X, Y, Z, and II should be maintained under seal.

3. The exhibits are relevant to the Congresswoman's supplemental brief in support of her motion to dismiss. To provide the Court with a full record, it is necessary to submit the exhibits under seal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 9, 2025

By: *[signature]*
Lee M. Cortes, Jr.