# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER. | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS<br><br>**SEALING ORDER** |

This matter having come before the Court on the motion of Defendant LaMonica McIver to seal exhibits to the Supplemental Brief in Support of Congresswoman McIver's Motion to Dismiss Count Two Based on Legislative Immunity,

IT IS SO ORDERED:

1. Exhibits X, Y, Z, and II to Congresswoman McIver's Supplemental Brief in Support of her Motion to Dismiss Count Two Based on Legislative Immunity may contain information that would implicate third-party privacy interests;

2. Accordingly, the Court finds that good cause exists to seal Exhibits X, Y, Z, and II to Congresswoman McIver's Supplemental Brief under the considerations set forth in *In re Avandia Marketing, Sales Practices and Products Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019). The Court therefore permits the exhibits to be maintained under seal, until further Order of this Court.

Dated: December 11, 2025

*/s/ Jamel K. Semper*
HON. JAMEL K. SEMPER
United States District Judge