# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | Crim. No. 2:25-cr-00388-JKS |
| LaMONICA McIVER. | **NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that on January 5, 2026, or as soon as counsel may be heard, Congresswoman LaMonica McIver will apply to this Court for an order to seal exhibits 1-6 to Congresswoman McIver's Letter Motion regarding Discovery and Personal Devices (ECF No. 57).

In support of this motion, Congresswoman McIver respectfully refers the Court to the appended Declaration of Lee M. Cortes, Jr., the prior Protective Order this Court has entered, *see* ECF No. 43, as well as the prior sealing Order this Court has entered, *see* ECF No. 56, and requests that this motion be decided on the papers submitted, without oral argument.

Dated: December 23, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Lee M. Cortes, Jr.
One Gateway Center
Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Lee.Cortes@arnoldporter.com
Paul.Fishman@arnoldporter.com
*Counsel for*
*Congresswoman LaMonica McIver*