**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| *v.* | Crim. No. 2:25-cr-00388-JKS |
| LaMONICA McIVER. | |

**DECLARATION OF LEE M. CORTES, JR. IN SUPPORT OF**
**CONGRESSWOMAN LaMONICA McIVER'S MOTION TO SEAL**

I, Lee M. Cortes, Jr., declare under penalty of perjury:

1.      I am a partner at Arnold & Porter and represent Congresswoman LaMonica McIver in this matter. I am fully familiar with the facts stated here. I respectfully submit this declaration in support of Congresswoman McIver's Motion to Seal exhibits 1-6 to Congresswoman McIver's Letter Motion regarding Discovery and Personal Devices (ECF No. 57).

2.      Because the Court has previously found that disclosure of these exhibits might implicate third-party privacy interests, *see* ECF Nos. 43 and 56, the undersigned submits that exhibits 1-6 should be maintained under seal.

3.      The exhibits are relevant to the Congresswoman's letter motion. To provide the Court with a full record, it is necessary to submit the exhibits under seal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   December 23, 2025

By:   _____
      Lee M. Cortes, Jr.