**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

*v.*

LaMONICA McIVER.

Hon. Jamel K. Semper

Crim. No. 2:25-cr-00388-JKS

## CONGRESSWOMAN LaMONICA McIVER'S NOTICE OF APPEAL

Defendant Congresswoman LaMonica McIver hereby notices her appeal to the United States Court of Appeals for the Third Circuit from the order entered on November 13, 2025. Dkt. 45. This Court previously granted Congresswoman McIver's motion under Federal Rule of Appellate Procedure 4(b)(4) to extend by 30 days her time to file any notice of appeal from that order, up to and including December 29, 2025. Dkt. 49.

Dated: December 29, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Lee M. Cortes, Jr.
Paul J. Fishman
One Gateway Center | Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Lee.Cortes@arnoldporter.com
Paul.Fishman@arnoldporter.com

Counsel for Congresswoman LaMonica McIver

1

**CERTIFICATE OF SERVICE**

I certify that true and accurate copies of this motion were sent by ECF service to counsel of record to all parties in this matter on December 29, 2025.

_____
Lee M. Cortes, Jr.