## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | Crim. No. 2:25-cr-00388-JKS |
| LaMONICA McIVER. | **SEALING ORDER** |

This matter having come before the Court on the Motion to Seal exhibits 1-6 to Congresswoman McIver's Letter Motion regarding Discovery and Personal Devices (ECF No. 57),

IT IS SO ORDERED:

1. Exhibits 1-6 to Congresswoman McIver's Letter Motion regarding Discovery and Personal Devices may contain information that would implicate third-party privacy interests;

2. Accordingly, the Court finds that good cause exists to seal Exhibits 1-6 to Congresswoman McIver's Letter Motion under the considerations set forth in *In re Avandia Marketing, Sales Practices and Products Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019). The Court therefore permits the exhibits to be maintained under seal, until further Order of this Court.

Dated: January 2, 2026

*/s/ Jamel K. Semper*
HON. JAMEL K. SEMPER
United States District Judge