UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAMONICA MCIVER,<br><br>*Defendant*. | Crim. No. 25-388<br><br>**ORDER**<br><br>January 5, 2026 |

**SEMPER**, District Judge.

This matter having come before the Court on Defendant LaMonica McIver's motion to dismiss for legislative immunity under the Speech or Debate Clause (ECF 19) and the Court having considered the submissions of the parties, for the reasons stated in this Court's Opinion dated January 5, 2026,

**IT IS** on this 5th day of January 2026,

**ORDERED** that Defendant's motion to dismiss (ECF 19) is **DENIED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    Parties