UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LaMONICA McIVER. | Hon. Jamel K. Semper <br><br> Crim. No. 2:25-cr-00388-JKS |

**CONGRESSWOMAN LaMONICA McIVER'S SECOND NOTICE OF APPEAL**

Defendant Congresswoman LaMonica McIver hereby notices her appeal to the United States Court of Appeals for the Third Circuit from the order entered on January 5, 2026. Dkt. 64. This notice of appeal is in addition to, and directly related to, the appeal from the Court's order entered on November 13, 2025, Dkt. 45; *see* Dkt. 60, which has been docketed in the Third Circuit as Case No. 25-3573.

Dated: January 20, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Lee M. Cortes, Jr.
Paul J. Fishman
One Gateway Center | Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Lee.Cortes@arnoldporter.com
Paul.Fishman@arnoldporter.com

Counsel for Congresswoman LaMonica McIver

**CERTIFICATE OF SERVICE**

    I certify that true and accurate copies of this notice were sent by ECF service to counsel of record to all parties in this matter on January 20, 2026.

                                                                                   Lee M. Cortes, Jr.