**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Mark J. McCarren*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*973-645-2700*
*mark.mccarren@usdoj.gov*

September 3, 2026

**VIA ECF**
Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
& U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re: *United States v. LaMonica McIver*, Crim. No. 25-00388

Dear Judge Semper:

We write to let the Court know that recent developments might warrant postponing or canceling the Tuesday, September 15, 2026 status conference. Defendant McIver, with the Government's consent, has moved for a 30-day extension from the Court of Appeals of her deadline to petition for rehearing or rehearing en banc. If the Court of Appeals grants that extension, which seems likely given the Government's consent, the new deadline for any such petition would be Friday, October 9, 2026. Accordingly, the mandate likely won't issue for at least several more weeks. As a result, it might be more efficient for the Court and the parties to adjourn the status conference rather than proceed with it as scheduled.

Thank you for your consideration.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*s/Mark J. McCarren*
By: Mark J. McCarren
Benjamin D. Bleiberg
Assistant United States Attorneys