Arnold & Porter

**Lee M. Cortes, Jr.**
+1 212.836.7553 Direct
Lee.Cortes@arnoldporter.com

September 4, 2026

**VIA ECF**

Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
& U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re: *United States v. LaMonica McIver*, Crim. No. 25-0388

Dear Judge Semper:

We write in response to the AUSA Mark McCarren's letter of September 3, 2026, and the Court's text order of August 27, 2026. Mr. McCarren correctly notes that Congresswoman McIver has filed a consent motion for a 30-day extension of time to file any rehearing petition in the Third Circuit, up to and including October 9, 2026, and that the mandate therefore likely will not issue until a date to be determined thereafter. Congresswoman McIver agrees that motion practice regarding Count III should not take place until that mandate has issued.

This Court does, however, maintain jurisdiction to resolve "aspects of the case" that are not "involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 549 U.S. 56, 58 (1982). In particular, the Court may take necessary measures "to safeguard the integrity of these proceedings." Opinion & Order, *United States v. Trump*, No. 23-cr-0257 (D.D.C. Dec. 13, 2023), Dkt. 186. Consistent with that authority, and with Court's expressed interest regarding the discovery process, we are preparing a motion, which we intend to file shortly, seeking this Court's intervention concerning Congresswoman McIver's pending discovery requests. Such relief is necessary to preserve the integrity of these proceedings during the pendency of the appeal.

Counsel for Congresswoman McIver are of course available to appear before the Court on that motion upon the completion of briefing, or in the coming weeks to discuss that and any other matters, as the Court previously directed.

Finally, should the Court prefer to hold a status conference prior to the filing of any petition for rehearing in the Third Circuit, we respectfully request that the Court reschedule that proceeding to accommodate the Congresswoman's obligations to attend the upcoming Congressional session during the week of September 14, as well as a previously scheduled medical appointment. If that is acceptable to the Court, we will work expeditiously with the Court's Deputy Clerk and the U.S. Attorney's Office to identify another time that is convenient for the Court.

We very much appreciate the Court's consideration.

Respectfully,

Lee M. Cortes, Jr.

cc: Paul J. Fishman
Amanda J. Raines
AUSA Mark J. McCarren
AUSA Benjamin D. Bleiberg