**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*v.*<br>LaMONICA McIVER | Hon. Jamel K. Semper<br>Crim. No. 2:25-cr-00388-JKS |

**NOTICE OF SUPPLEMENTAL MOTION**
**TO COMPEL DISCOVERY**

**PLEASE TAKE NOTICE** that Congresswoman LaMonica McIver, by and through her counsel, Arnold & Porter Kaye Scholer LLP, shall move before the Honorable Jamel K. Semper, United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an order that compels the government to produce outstanding discovery in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Congresswoman McIver shall rely upon the accompanying Memorandum of Law, as well as the Declaration of Lee M. Cortes, Jr., filed with this Motion.

Dated: October 15, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: ______________________________

Paul J. Fishman
Lee M. Cortes, Jr.
One Gateway Center | Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Lee.Cortes@arnoldporter.com
Paul.Fishman@arnoldporter.com

*Counsel for Congresswoman LaMonica McIver*

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the foregoing document were sent by ECF service to counsel of record to all parties in this matter on October 15, 2026.



Lee M. Cortes

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*v.*<br>LaMONICA McIVER | Hon. Jamel K. Semper<br>Crim. No. 2:25-cr-00388-JKS |

**[PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S MOTION TO COMPEL DISCOVERY**

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order that compels the government to produce discovery in this case; and the Court having considered the submissions of the parties and arguments of counsel, and for good cause shown;

IT IS on this _____ day of _________________, 2025,

ORDERED that Congresswoman LaMonica McIver's motion to compel discovery is hereby GRANTED in its entirety.

___________________________
Honorable Jamel K. Semper
United States District Judge