**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*v.*<br>LaMONICA McIVER. | Hon. Jamel K. Semper<br>Crim. No. 2:25-cr-00388-JKS |

**DECLARATION OF LEE M. CORTES, JR. IN SUPPORT OF CONGRESSWOMAN McIVER'S SUPPLEMENTAL MOTION TO COMPEL DISCOVERY**

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the following is true and correct:

1. I am an attorney admitted to practice law before this Court. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Congresswoman LaMonica McIver in this matter. I make this Declaration in Support of Congresswoman McIver's Supplemental Motion to Compel Discovery.

2. **Exhibit 1** is a true and correct copy of a screen shot, showing a partial exchange from a May 10, 2025, Signal group text chain titled "Newark DHall," apparently including ICE Officers[1] and discussing possible charges against "Democrat Congress members" who visited Delaney Hall on May 9. Exhibit 1 was produced by the U.S. Attorney's Office on November 4, 2025, and bears the Bates stamp USA-0000014. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

[1] Because Exhibits 1-5 were produced as screen shots without metadata, all participants in those text threads cannot be identified from the documents themselves.

3. **Exhibit 2** is a true and correct copy of a screen shot, showing a partial exchange from a May 19, 2025, Signal group text chain titled "Newark DHall," apparently including ICE Officers and discussing the charges against Mayor Baraka. Exhibit 2 was produced by the U.S. Attorney's Office on November 4, 2025, and bears the Bates stamp USA-0000038. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

4. **Exhibit 3** is a true and correct copy of screen shots showing a partial exchange from a May 9, 2025, Signal group text chain titled "Newark DHall," apparently including ICE Officers responding with amusement to a racial slur shared by one of the ICE Officers. Exhibit 3 was produced by the U.S. Attorney's Office on November 4, 2025, and bears the Bates stamps USA-0000028 – USA-0000030. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

5. **Exhibit 4** is a true and correct copy of a screen shot, showing a partial exchange from a May 9, 2025, Signal group text chain titled "DH Response," between high ranking DHS Officials and an ICE Officer who was waiting with the Members discussing the Members' oversight authority. Exhibit 4 was produced by the U.S. Attorney's Office on November 4, 2025, and bears the Bates stamp USA-0000021. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

6. **Exhibit 5** is a true and correct copy of a screen shot, showing a partial exchange from a May 9, 2025, Signal group text chain titled "Newark DHall" apparently including ICE Officers and discussing that Mayor Baraka was invited into the Delaney Hall facility by a GEO employee. Exhibit 5 was produced by the U.S. Attorney's Office on November 4, 2025, and bears

the Bates stamp USA-0000034. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

7. **Exhibit 6** is a true and correct copy of an email chain between the then-ICE Field Office Director and Victim-1, sent between 10:47 a.m. and 12:14 p.m. on May 9, 2025, discussing the Members' expected arrival at Delaney Hall and violations of criminal statutes with which they could be charged. Exhibit 6 was identified in the government's November 26, 2025, production as USA-0000230 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

8. **Exhibit 7** is a true and correct copy of an text chain, apparently between two ICE officers sent between 1:00 p.m. and 3:56 p.m. on May 9, 2025, discussing the Members' arrival at Delaney Hall and expressing a negative opinion about Congressman Menendez's family. Exhibit 7 was produced by the government on November 26, 2025, in a folder titled USA-0000339 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

9. **Exhibit 8** is a true and correct copy of a May 9, 2025, email chain between a DHS employee and high ranking DHS Officials who were present at Delaney Hall on May 9. The chain includes discussions and revisions of a DHS press release containing false information about the Members' conduct. In particular, the chain includes the following statement that included false information: "2 Congressmen, 1 state legislator, and the Newark Mayor just trespassed beyond the gate at Delaney [Hall] (after two vehicles were let in to enter), and there was a shouting match, and SRT stopped them and pushed them back. I think we need to proactively hit back. HSI exploring prosecuting them (which I think they should)." Exhibit 8 was identified in the government's November 26, 2025, production as USA-0000145 but bears no Bates stamp. This

exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

10. **Exhibit 9** is a true and correct copy of an IOS text chain sent on May 9, 2025, between 1:10 p.m. and 4:05 p.m., in which an ICE officer who was present at Delaney Hall advised another unidentified individual to "Call me [sic] personal" to discuss the mayor's arrest. Exhibit 9 was produced by the government on November 26, 2025, in a folder titled USA-0000342 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

11. **Exhibit 10** is a true and correct copy of a letter dated January 26, 2026, that counsel for Congresswoman McIver sent to Assistant U.S. Attorneys Mark J. McCarren and Benjamin D. Bleiberg, regarding the government's discovery deficiencies.

12. **Exhibit 11** is a true and correct copy of a letter dated February 27, 2026, that Assistant U.S. Attorneys Mark J. McCarren and Benjamin D. Bleiberg sent to counsel for Congresswoman McIver regarding search terms that the government agreed to use.

13. **Exhibit 12** is a true and correct copy of a May 9, 2025, email chain between a DHS employee and high ranking DHS Officials who were present at Delaney Hall on May 9, discussing language in a DHS press release that contained false information about Congresswoman McIver and her colleagues. Exhibit 12 was identified in the government's November 26, 2025, production as USA-0000128 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

14. **Exhibit 13** is a true and correct copy of a Signal group text chain including high-ranking DHS and HSI Officials and an ICE Officer, sent between 12:20 p.m. and 1:56 p.m. on May 9, 2025, discussing the Members' arrival and ICE's response. Exhibit 13 was produced by

the government on November 26, 2025, in a folder titled USA-0000353 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

15. **Exhibit 14** is a true and correct copy of a Signal group text chain including ICE Officers, sent between 12:22 p.m. and 5:00 p.m. on May 9, 2025, discussing the Members' arrival and ICE's response. Exhibit 14 was included in a folder titled USA-0000333 but bears no Bates stamp. This exhibit will be filed under seal pursuant to a protective order signed by the parties and entered by the Court. *See* ECF No. 38.

Executed on: October 15, 2026

By:______________________________
Lee M. Cortes, Jr.

**CERTIFICATE OF SERVICE**

I certify that, on October 15, 2026, a true and accurate copy of the Declaration of Lee M. Cortes, Jr. in Support of Congresswoman McIver's Supplemental Motion to Compel Discovery was filed by ECF. The Declaration and the accompanying exhibits were also sent by email to counsel of record and the Court in this matter.

Lee M. Cortes