# EXHIBIT 11

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Mark J. McCarren*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*(973) 645-2743*
*benjamin.bleiberg2@usdoj.gov*

February 27, 2026

**VIA EMAIL**
Paul J. Fishman, Esq.
Lee M. Cortes, Jr., Esq.
Amanda J. Raines, Esq.
Arnold & Porter
One Gateway Center
Suite 1025
Newark, NJ 07102

Re: *United States v. LaMonica McIver*, Crim. No. 25-00388 (JKS)

Dear Counsel:

We write to follow up on our February 24, 2026 telephone call. As discussed during our call, the Government agrees to the following search terms as proposed in your January 26, 2026 letter:

- Congress*
- Representative
- Rep*
- Member*
- La*Monica
- McIver
- Menendez
- Bonnie
- Watson-Coleman
- Watson
- Coleman
- Mayor
- Baraka
- Oversight
- Inspect*
- Push*
- Shove*
- Hit
- Hurt
- Fear
- Afraid
- Harm
- Intimid*
- Impede
- Impair
- Assault

The Government additionally agrees to the search term "scare," which had not been proposed. The Government does not agree to your remaining proposed terms.

Please contact me if you have any questions.

Sincerely,

TODD BLANCHE
U.S. Deputy Attorney General

PHILLIP LAMPARELLO
Senior Counsel

*/s/ Mark J. McCarren*

By: Mark J. McCarren
Benjamin D. Bleiberg
Assistant United States Attorneys