**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Mark J. McCarren*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*973-645-2743*
*mark.mccarren@usdoj.gov*

November 5, 2026

**BY EMAIL**
Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
& U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re: *United States v. LaMonica McIver*, Crim. No. 25-00388

Dear Judge Semper:

The Government respectfully submits this letter to request, with the consent of defense counsel, an extension of time in which to file its response to defendant's supplemental motion to compel discovery, ECF 74, 75. Your Honor recently issued a text order, ECF 76, setting forth that the Government may file a response to defendant's motion on or before November 9, 2026 with any reply to be filed by defendant within seven days thereafter.

Having conferred with defense counsel, the Government requests an extension to file its response on or before November 16, 2026 and the defendant requests that any reply thereto be filed on or before November 23, 2026.

Thank you for your consideration.

**GRANTED**

**SO ORDERED.**

***/s/ Jamel K. Semper***
**HON. JAMEL K. SEMPER**
**United States District Judge**
**Dated: November 6, 2026**

Sincerely,

ROBERT FRAZER
United States Attorney

By: *s/ Mark J. McCarren*
Mark J. McCarren
Assistant United States Attorney

cc: Paul J. Fishman, Esq.
Lee M. Cortes, Jr., Esq.
Amanda J. Raines, Esq.

05